## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Chris Kitchens being duly sworn on oath, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Deputy U.S. Marshal with the United States Department of Justice, U.S. Marshals Service, currently assigned to the Western District of North Carolina – Charlotte Division. My employment has vested me with the authority to investigate violations of federal laws, including 18 U.S.C. § 1073, Unlawful Flight to Avoid Prosecution. During my training I have received training in a variety of investigative and legal matters, including finding and locating fugitives, the drafting of warrant affidavits, and probable cause.

2. This Affidavit is being made for the purpose of securing a Criminal Complaint charging **ANGELO DEON SLAUGHTER**—described as being a black male, date of birth 10/21/1998, 6'7" 185lbs—with the offense of Unlawful Flight to Avoid Prosecution, in violation of 18 U.S.C. § 1073.

3. All of the information contained in this Affidavit is the result of my own investigation, or it has been provided to me by other law enforcement authorities whom I believe to be reliable.

### PROBABLE CAUSE

4. On August 7, 2020, Charlotte-Mecklenburg Police detectives applied for a warrant allowing them to arrest **SLAUGHTER** for Robbery with a Dangerous Weapon and Conspiracy Robbery with a Dangerous Weapon, a violation of North Carolina General Statue 14-87. North Carolina State Magistrate C. Terry issued the arrest warrants that same day.

1

Detectives requested the U.S. Marshals assistance to locate and arrest **SLAUGHTER** on December 13, 2021.

6. Since the issuance of the warrant for **SLAUGHTER's** arrest, Charlotte-Mecklenburg Police Department detectives and U.S. Marshals Service investigators have attempted to locate and arrest **SLAUGHTER**, but thus far, he has avoided apprehension.

7. The investigation into **SLAUGHTER** has revealed that:

   (a) On October 21, 2020, SLAUGHTER's cousin, Ebony Slaughter, sent a video from her Facebook account "Ebony Christopher" showing SLAUGHTER and Ebony Slaughter together. Ebony Slaughter lives in Washington, DC.

   (b) On February 15, 2021, SLAUGHTER publicly posted a photo of a Charlotte Crime Stoppers bulletin listing SLAUGHTER as a wanted fugitive on his Facebook account "Hbk Brazy Waxhin".

   (c) On February 18, 2021, SLAUGHTER publicly posted screenshots from the Mecklenburg County Sheriff's Office website with his active arrest warrants.

   (d) On December 13, 2021, Charlotte-Mecklenburg Police Department investigators requested U.S. Marshals assistance with locating and apprehending SLAUGHTER.

   (e) On April 6, 2022, U.S. Marshals investigators interviewed Ebony Slaughter at 1731 Gainesville St SE #102, Washington, DC. During the

interview Ebony Slaughter stated she last saw SLAUGHTER a "few months ago".

8. The Mecklenburg County District Attorney's Office has indicated that it will pursue extradition once **SLAUGHTER** is apprehended and will bear all expenses arising therefrom.

9. Based upon the above, this Affiant believes that while in the Western District of North Carolina, **SLAUGHTER** committed Robbery with a Dangerous Weapon and Conspiracy Robbery with a Dangerous Weapon, a violation of North Carolina General Statute 14-87, and then fled North Carolina to avoid prosecution, in violation of Title 18, U.S.C. Section 1073 (Unlawful Flight to Avoid Prosecution).

10. Since the issuance of the warrant for **SLAUGHTER's** arrest, he has avoided apprehension and remains at-large.

## CONCLUSION

11. Wherefore, I respectfully request the issuance of this Criminal Complaint and Arrest Warrant based on the facts contained within the Affidavit.

Respectfully submitted,

<u>/s Chris Kitchens</u>
Chris Kitchens, Deputy U.S. Marshal, Affiant

*This Affidavit was reviewed by AUSA Fred DeLaRosa.*

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 14th day of April, 2022, at 2:14 PM

Signed: April 14, 2022

_____
David S. Cayer
United States Magistrate Judge